The United States District Court For The
Western District of Louisiana
Shreveport Division

| | | |
|---|---|---|
| Jarelle Cooper | § | |
| | § | |
| vs. | § | C.A. No. 5:16-cv-1780 |
| | § | |
| The Kansas City Southern Railway Company | § | Jury Trial Demanded |
| | § | |

### Plaintiff's Notice of Dismissal without Prejudice

To The Honorable Judge of Said Court:

Comes Now Jarelle Cooper, hereinafter referred to as Plaintiff, and files this, his Notice of Dismissal without Prejudice, and would show unto this Honorable Court as follows:

1. Plaintiff filed his Complaint on December 30, 2016.

2. Defendant has not been served.

3. Defendant has not filed either an answer or a motion for summary judgment.

4. Plaintiff desires to dismiss his claims against Defendant without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

WHEREFORE, Premises considered, Plaintiff Jarelle Cooper requests the Court take notice of his dismissal of Defendant without prejudice.

Respectfully submitted,

/s/ Bristol Baxley
Bristol Baxley
La. Bar No. 30199
Rome, Arata & Baxley, L.L.C.
9307 Broadway, Ste. 309
Pearland, Texas 77584
281-993-0000
281-993-0035 Fax

ATTORNEY FOR PLAINTIFF